# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00206-GCM

| | |
|---|---|
| TWELVE TWENTY-FOUR, LLC, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| BAHAKEL COMMUNICATIONS, LTD., | ) |
| Defendants. | ) |

**THIS MATTER COMES** before this Court on Defendant's Motion to Dismiss. (Doc. No. 7). After the filing of Defendant's Motion, Plaintiff timely filed an Amended Complaint on June 6, 2019. (Doc. No. 9). The filing of the Amended Complaint renders Defendant's original Motion moot.

As such, Defendant's Motion to Dismiss is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: August 19, 2019

Graham C. Mullen
United States District Judge